Order issued September /9 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00895-CR

**JOSHUA FRED MICHAEL, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **DENIES** appellant's September 16, 2012 "motion for expedited consideration of appeal." The appeal will be submitted in due course after the parties' briefs have been filed.

DAVID L. BRIDGES
JUSTICE